IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD ROBINSON JR., ) | | 8:13CV197 |
| ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | | **MEMORANDUM** |
| ) | | **AND ORDER** |
| DIANE SABATKA-RINE, Warden of ) | | |
| Nebraska State Penitentiary, ) | | |
| ) | | |
| Respondent. ) | | |

This matter is before the court on Petitioner's Motion for Appointment of Counsel. (Filing No. 17.) After considering the matter, the court finds that appointment of counsel is appropriate at this time.

IT IS THEREFORE ORDERED that Petitioner's Motion for Appointment of Counsel (Filing No. 17) is granted. The Federal Public Defender is appointed to represent the Petitioner in this matter.

DATED this 28th day of April, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.