IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD ROBINSON, JR., <br><br> Petitioner, <br><br> vs. <br><br> DIANE SABATKA-RINE, Warden of Nebraska State Penitentiary, <br><br> Defendant. | 8:13CV197 <br><br> ORDER |

This matter is before the court on Attorney David R. Stickman and the Federal Public Defender's Office's Motion to Withdraw (Filing No. 26). Upon consideration, the court will grant the motion. In light of the court's previous determination the appointment of counsel is appropriate (Filing No. 23), the court appoints Marnie A. Jensen and the firm Husch Blackwell, L.L.P., to represent Petitioner Edward Robinson, Jr., (Robinson). Accordingly,

**IT IS ORDERED**:

1. David Stickman and the Federal Public Defender's Office's Motion to Withdraw (Filing No. 26) is granted.

2. Marnie A. Jensen and the firm Husch Blackwell, L.L.P., are appointed to represent Robinson in this matter pursuant to 18 U.S.C. § 3006A(a)(2)(B).

3. Marnie A. Jensen shall promptly enter her appearance as counsel in this matter.

4. No later than **November 25, 2014**, counsel for the petitioner and the respondent shall confer and file a joint motion suggesting a suitable progression of this matter. Following the filing of the joint motion, the court will enter an order progressing this matter to disposition.

5. The clerk's office shall provide Marnie A. Jensen, the Federal Public Defender's Office, Petitioner, and the Nebraska Attorney General with a copy of this Order.

6. In his capacity as administrator of the Criminal Justice Act panel, the Federal Public Defender shall provide Marnie A. Jensen with a CJA voucher.

Dated this 25th day of August, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge