IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD ROBINSON, JR., | Case No. 8:13CV197 |
| Petitioner, | |
| vs. | **MEMORANDUM AND ORDER** |
| DIANE SABATKA-RINE, | |
| Respondent. | |

This matter is before the court on its own motion. The above referenced case is closed and the appeal time has expired.

Accordingly,

IT IS THEREFORE ORDERED that: the State Court Records filed as attachments to Filing No. 12 (1 CD), be returned to Erin Tangeman, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

DATED: June 4, 2018

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge